United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD BEAUTY, INC., et al., | No. C 05-1707 SBA |
| Plaintiffs, | Related to: C 03-3082 SBA |
| v. | **ORDER** |
| DENNIS GROSS, et. al., | [Docket No. 39] |
| Defendants. | |

This matter comes before the Court on Defendants' request to continue the September 27, 2005 hearing on Plaintiffs' Motion for Preliminary Injunction. On the same date, Defendants have set for hearing a Motion to Dismiss or, in the Alternative, Motion to Stay Proceedings. Defendants request that the Court continue hearing on Plaintiffs' Motion until at least 35 days after it rules on Plaintiffs' motion. Defendants assert that holding both hearings on the same date will require Defendants to prepare an Opposition to the Motion for Preliminary Injunction despite the fact that the Court may rule in their favor on the Motion to Dismiss and thereby moot Plaintiffs' motion. Plaintiffs have filed an Opposition to Defendants' request.

Here, the Court finds that hearing both motions on the same date will conserve judicial resources and will allow the Court to expeditiously address the parties' pending motions. Moreover, the Court finds that the potential harm to Defendants – preparing an opposition to a motion that may become moot – is not substantial, particularly in light of the potential harm to Plaintiffs if the hearing on their Motion for Preliminary Injunction is delayed. *See* N.D. Civ. L.R. 6-3(a).

1  Accordingly,

2  IT IS HEREBY ORDERED THAT Defendants' request to continue the hearing on Plaintiffs'
3  Motion for Preliminary Injunction is DENIED.

4  IT IS SO ORDERED.

6  Dated: 7/25/05

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California