IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD BEAUTY, INC. and BIOCEUTIX INC.,, <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS F. GROSS, M.D. d/b/a M.D. SKINCARE LLC and DENNIS GROSS, M.D., L.L.P., <br><br> Defendants. | No. C 05-1707-SBA <br><br> **AMENDED ORDER** <br><br> [Docket No. 51] |

This matter comes before the Court on Defendant's Administrative Motion to Reschedule Dates of Hearings ("Administrative Motion") [Docket No. 51]. On August 19, 2005 Defendants filed a Motion to Disqualify Sheppard Mullin Richter & Hamption LLP ("Motion to Disqualify") [Docket No. 50]. In their Administrative Motion, Defendants request that their Motion to Disqualify be heard on the same date that the Motion to Dismiss and the Motion for Preliminary Injunction are heard.

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's Administrative Motion [Docket No. 51] is GRANTED. The hearing on Defendants' Motion to Disqualify shall be heard with the Motion to Dismiss and Motion for Preliminary Injunction on **October 25, 2005 at 1:00 p.m.** The Court, in its discretion, may adjudicate the motions without a hearing, in which case the Clerk will notify the parties that no appearance is necessary. The parties will adhere to the following abbreviated briefing schedule concerning Defendants' Motion to Disqualify:

      Opposition Brief due:      September 20, 2005

      Reply Brief due:      September 27, 2005

IT IS FURTHER ORDERED THAT the Case Management Conference in this matter is continued from **September 21, 2005 at 2:45 p.m.** to **October 26, 2005 at 3:30 p.m.**  All other dates, including briefing schedules, not explicitly referenced herein shall remain the same.

IT IS SO ORDERED.

Dated: 9-13-05

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge