```
LATHAM & WATKINS LLP
   Kenneth M. Fitzgerald (SBN 142505)
   Jennifer L. Barry (SBN 228066)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
kenneth.fitzgerald@lw.com
jennifer.barry@lw.com

Attorneys for Plaintiffs
MD BEAUTY, INC. and BIOCEUTIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MD BEAUTY, INC. and BIOCEUTIX, INC., <br><br>Plaintiffs,<br><br>v.<br><br>DENNIS F. GROSS, M.D. d/b/a M.D. SKINCARE LLC and DENNIS GROSS, M.D., L.L.P.,<br><br>Defendants. | CASE NO. C 05 01707 SBA <br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Assigned to: Hon. Saundra Brown Armstrong<br>Courtroom: 3 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\513548.1

Case No. C 05 01707
Notice of Dismissal Without Prejudice

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs MD Beauty, Inc. and Bioceutix, Inc. hereby voluntarily dismiss this action without prejudice.

Dated: November 30, 2005

LATHAM & WATKINS LLP
  Kenneth M. Fitzgerald
  Jennifer L. Barry

By: _____
    Kenneth M. Fitzgerald
    Attorneys for Plaintiffs
    MD Beauty, Inc. and Bioceutix, Inc.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\513548.1

Case No. C 05 01707
1  Notice of Dismissal Without Prejudice

```
LATHAM & WATKINS LLP
  Kenneth M. Fitzgerald (SBN 142505)
  Jennifer L. Barry (SBN 228066)
600 West Broadway, Suite 1800
San Diego, California  92101-3375
Telephone:  (619) 236-1234
Facsimile:  (619) 696-7419
kenneth.fitzgerald@lw.com
jennifer.barry@lw.com

Attorneys for Plaintiffs
MD BEAUTY, INC. and BIOCEUTIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MD BEAUTY, INC. and BIOCEUTIX, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DENNIS F. GROSS, M.D. d/b/a M.D. SKINCARE LLC and DENNIS GROSS, M.D., L.L.P.,<br><br>　　　　Defendants. | CASE NO. C 05 01707 SBA<br><br>**CERTIFICATE OF SERVICE**<br><br>Assigned to: Hon. Saundra Brown Armstrong<br>Courtroom:　3 |

　　　　I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA  92101.

　　　　On November 30, 2005, I served the following document(s) described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**PURSUANT TO FRCP 41(a)(1)**

by serving a true copy of the above-described document(s) in the following manner :

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\513664.1

Case No. C 05 01707
Certificate of Service

| | | |
|---|---|---|
|1| ☒ | **BY REGULAR MAIL (C.C.P. § 1013(a)):** I caused the above document(s) to be deposited in the United States mail at San Diego, California, with postage thereon fully prepaid addressed to the party(ies) listed below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Such mail is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to. |
|5| ☐ | **BY E-MAIL:** I caused the above-referenced documents to be converted in digital format (pdf) and served by electronic mail to the addresses at the addresses listed below. |
|7| ☐ | **BY FACSIMILE (C.C.P. § 1013(e)(f)):** I deposited the above document(s) for facsimile transmission in accordance with the office practice of Latham & Watkins for collecting and processing facsimiles. I am familiar with the office practice of Latham & Watkins for collecting, processing, and transmitting facsimiles, which practice is that when a facsimile is deposited with the Latham & Watkins personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. The facsimile of the above document(s) was transmitted to the party(ies) listed below. |

Names of party(ies) served:

Joshua Koltun
DLP Piper Rudnick Gray Cary LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107
Tel: (415) 836-2500
Fax: (415) 836-2501
Attorneys for Defendant

L. Donald Prutzman
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022-4775
Tel: (212) 508-6700
Fax: (212) 371-1084
Attorneys for Defendant

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\513664.1

Case No. C 05 01707
Certificate of Service
2

1  Executed on November 30, 2005 at San Diego,
2  California.

		_____
		Ginger Calderon

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\513664.1

3

Case No. C 05 01707
Certificate of Service